UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Electronic Components Groupe, Inc., a wholly owned subsidiary of Stein Industries, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ITT Industries, Inc., and C & K Components, Inc.,<br><br>Defendants and Third Party Plaintiffs,<br><br>vs.<br><br>Stein Industries, Inc. and John Benson,<br><br>Third Party Defendants. | ) | Court File No. 00-2740 JRT/FLN<br><br>**STIPULATION AND ORDER CONCERNING EXTENSION OF TIME TO ANSWER** |

The parties in the above-captioned case, as represented by undersigned counsel, hereby stipulate and agree that Third Party Defendants Stein Industries Inc. and John Benson shall be granted an additional 20 calendar days in which to Answer the Complaint served and filed by Defendants and Third-Party Plaintiffs, ITT Industries, Inc., and C&K Components, Inc.

FILED JAN 1 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK ______

DATE: January 16, 2001

SMITH PARKER, P.L.L.P.

By ______________________

Andrew D. Parker Reg. No. 195042
Matthew E. Johnson Reg. No. 235945
Nancy V. Mate Reg. No. 295711
808 Colwell Building
123 North Third Street
Minneapolis, Minnesota 55401
Telephone: (612) 344-1400

ATTORNEYS FOR THIRD PARTY PLAINTIFFS

DATE: January 16, 2001

BRIGGS AND MORGAN, P.A.

By: ______________________

Steven W. Wilson Reg. No. 179024
Suite 2400
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8403

ATTORNEYS FOR DEFENDANTS
AND THIRD PARTY PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

DATE: January 19, 2001

______________________
HONORABLE FRANKLIN L. NOEL
UNITED STATES CHIEF MAGISTRATE JUDGE