**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ELECTRONIC COMPONENTS GROUP, INC.,

Plaintiff,

v.

ITT INDUSTRIES, INC., et al.,

Defendants.

Civil No. 00-2740 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Andrew D. Parker, SMITH PARKER, 123 Third Street N, Suite 808, Minneapolis, MN 55401, for plaintiff.

Steven W. Wilson, BRIGGS & MORGAN, 80 South Eight Street, Ste 2400, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: 2/14/2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED FEB 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________