UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Electronic Components Groupe, Inc., a wholly owned subsidiary of Stein Industries, Inc.,

Plaintiff,

vs.

ITT Industries, Inc., and C&K Components, Inc.,

Defendants and Third Party Plaintiffs,

vs.

Stein Industries, Inc. and John Benson,

Third Party Defendants.

Court File No.: 00-2740 JRT/FLN

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, hereby stipulate and agree under Rule 41(a) of the Federal Rules of Civil Procedure to a dismissal with prejudice of this action and all claims, counterclaims, and third party claims by and among them, with each party bearing its own fees and costs.

1250823.1

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Dated: 3-7-01

**SMITH PARKER, P.L.L.P.**

By: ______________________

Andrew D. Parker (195042)
Matthew E. Johnson (235945)
Nancy V. Mate (295711)
808 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 344-1400)

**ATTORNEYS FOR PLAINTIFF ELECTRONIC COMPONENTS GROUPE, INC. AND THIRD PARTY DEFENDANTS STEIN INDUSTRIES, INC. AND JOHN BENSON**

Dated: 2-6-01

**BRIGGS AND MORGAN, P.A.**

By: ______________________

Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANTS ITT INDUSTRIES, INC. AND C&K COMPONENTS, INC.**

**IT IS HEREBY SO ORDERED**, based on the foregoing Stipulation.

Dated: 3/12/2001

John R. Tunheim
U.S. District Court Judge